**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Eastern _____ District of New York _____
(State)

Case number (If known): _____ Chapter 11

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

2018 NOV 29  A 10: 45

RECEIVED

☐ Check if this is an amended filing

## Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

| Part 1: | Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed |
|---|---|

**1. Chapter of the Bankruptcy Code**

*Check one:*

☐ Chapter 7

☑ Chapter 11

| Part 2: | Identify the Debtor |
|---|---|

**2. Debtor's name**

Alveeru Inc

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

**4. Debtor's federal Employer Identification Number (EIN)**

☑ Unknown

EIN __ __ - __ __ __ __ __ __ __

**5. Debtor's address**

Principal place of business

337 Avenue O
Number        Street

Brooklyn          NY    11230
City              State  ZIP Code

Kings
County

Mailing address, if different

Same
Number        Street

P.O. Box

City              State  ZIP Code

Location of principal assets, if different from principal place of business

Same
Number        Street

City              State  ZIP Code

Debtor    Alveeru Inc_____    Case number (if known)_____
          <u>Name</u>

---

**6. Debtor's website** (URL)    <u>N/A</u>_____

---

**7. Type of debtor**
- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other type of debtor. Specify: _____

---

**8. Type of debtor's business**

*Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the types of business listed.
- ☐ Unknown type of business.

---

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

- ☑ No
- ☐ Yes. Debtor _____ Relationship _____

  District _____ Date filed _____ Case number, if known_____
                                   MM / DD / YYYY

  Debtor _____ Relationship _____

  District _____ Date filed _____ Case number, if known_____
                                   MM / DD / YYYY

---

**Part 3:    Report About the Case**

---

**10. Venue**

*Check one:*

- ☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

---

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

- ☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
- ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

---

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

- ☑ No
- ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

---

Debtor    Alveeru Inc_____        Case number *(if known)*_____
              Name

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| NY Corporate Solutions Inc | Business Debt, plus interest | $ 265,000.00 |
| Ali Kass | Loan plus interest | $ 26,500.00 |
| | | $ |
| | Total of petitioners' claims | $ 291,500.00 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4:    Request for Relief

**WARNING** – Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|

**Name and mailing address of petitioner**

NY Corporate Solutions Inc_____
Name

3637 E Atlantic Blvd_____
Number    Street

Pompano Beach        FL        33062
City                        State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

Eli Kass_____
Name

3637 E Atlantic Blvd_____
Number    Street

Pompano Beach        FL        33062
City                        State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   11/29/2018____
                    MM  / DD / YYYY

✗ _____/ C_____ P_rs_____

Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number    Street _____

City _____ State _____ ZIP Code _____

Contact phone _____ Email _____

Bar number _____

State _____

✗ _____

Signature of attorney

Date signed _____
                    MM  / DD / YYYY

Debtor    <u>Alveeru Inc</u>
     Name

Case number (*if known*)_____

**Name and mailing address of petitioner**

<u>Eli Kass</u>
Name

<u>3637 E Atlantic Blvd</u>
Number    Street

<u>Pompano Beach</u>    <u>FL</u>    <u>33062</u>
City           State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

               N/A
Name

_____
Number    Street

_____
City       State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  <u>11/29/2018</u>
          MM   / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

Printed name
_____

Firm name, if any
_____

Number    Street
_____

City     State    ZIP Code

Contact phone  _____  Email _____

Bar number  _____

State  _____

✗ _____
Signature of attorney

Date signed  _____
           MM   / DD / YYYY

---

**Name and mailing address of petitioner**

_____
Name

_____
Number    Street

_____
City     State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City     State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
          MM   / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

Printed name
_____

Firm name, if any
_____

Number    Street
_____

City     State    ZIP Code

Contact phone  _____  Email _____

Bar number  _____

State  _____

✗ _____
Signature of attorney

Date signed  _____
           MM   / DD / YYYY

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

In re:                                                    Case No.
                                                          Chapter

                            Debtor(s)
----------------------------------------------------------------x

### AFFIRMATION OF FILER(S)

All individuals filing a bankruptcy petition on behalf of a pro se debtor(s), must provide the following information:

Name of Filer: _Yehuda Nelkenbaum_

Address: _1759 E 10 St._

Email Address: _____

Phone Number: _(347) 782 8834_

Name of Debtor(s): _Alvern Inc_

CHECK THE APPROPRIATE RESPONSES:

**ASSISTANCE PROVIDED TO DEBTOR(S):**

____    I PREPARED THE PETITION AND/OR ASSISTED WITH THE PAPERWORK BY DOING THE FOLLOWING: _____

_____

✓ I DID NOT PROVIDE THE PAPERWORK OR ASSIST WITH COMPLETING THE FORMS.

**FEE RECEIVED:**
✓    I WAS NOT PAID.

____    I WAS PAID.

                    Amount Paid: $ _____.

I/We hereby affirm the information above under the penalty of perjury.

Dated: _11-29-18_                          _____
                                                          Filer's Signature