```
                         United States Bankruptcy Court
                          Eastern District of New York
```

In re:                                                         Case No. 18-46844-nhl
Alveeru Inc                                                    Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0207-1          User: tguzman            Page 1 of 1          Date Rcvd: Nov 29, 2018
                              Form ID: pdf000          Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 01, 2018.
ptcrd          Eli Kass,    3637 E Atlantic Blvd,    Pompano Beach, FL  33062
ptcrd          NY Corporate Solutions Inc,    c/o Eli Kass,    3637 E Atlantic Blvd,    Pompano Beach, Fl  33062

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 29, 2018 at the address(es) listed below:
              Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
                                                                                    TOTAL: 1

Case 1-18-46844-nhl    Doc 5    Filed 12/01/18    Entered 12/02/18 00:19:47

**Information to identify the case:**

Debtor  **Alveeru Inc**
Name

EIN  **00–0000000**

United States Bankruptcy Court  **Eastern District of New York**

Case number:  **1–18–46844–nhl**

Date case filed for chapter  **11   11/29/18**

# SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

A petition under Title 11, United States Code was filed against you on November 29, 2018, in this Bankruptcy Court requesting an Order for Relief under Chapter 11 of the Bankruptcy Code (Title 11 of the United States Code).

YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition can be viewed at the Court or on PACER (Public Access to Court Electronic Records).

**Address of Clerk:**    **United States Bankruptcy Court**
**271–C Cadman Plaza East, Suite 1595**
**Brooklyn, NY 11201–1800**

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

**Name and Address of Petitioner's Attorney:**

**NY Corporate Solutions Inc**
**c/o Eli Kass**
**3637 E Atlantic Blvd**
**Pompano Beach, Fl 33062**

**Eli Kass**
**3637 E Atlantic Blvd**
**Pompano Beach, FL 33062**

If you make a motion, your time to serve an answer is governed by Federal Rule of Bankruptcy Procedure 1011(c).

If you fail to respond to this summons, the order for relief will be entered.


Dated: November 29, 2018

For the Court, Robert A. Gavin, Jr., Clerk of Court


**BLinvol1r.jsp** [Involuntary summons 02/01/17]