**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x

**In the matter of:**

Case No: 18-46844-nhl
Chapter: **11**

      Alveeru Inc

                              **Debtor**
--------------------------------------------------------------x

## ORDER TO SHOW CAUSE

Whereas, an involuntary petition under Chapter **11** having been filed on ___November 29, 2018___, and a summons having been issued on ___November 29, 2018___, and the petitioning creditors having failed to file a proof of service, it is

**ORDERED**, that the petitioning creditors appear and show cause before the Honorable __Nancy Hershey Lord__, in Courtroom __3577__ United States Bankruptcy Court located at **271-C Cadman Plaza East, Brooklyn, New York 11201-1800** on ___February 7, 2019___, at _3:30 pm_, why an order should not be entered dismissing the petition for lack of prosecution and it is further,

**ORDERED**, that the Clerk of the Bankruptcy Court serve a copy of this order by mail upon the alleged debtor and petitioning creditors on or before ___January 7, 2019___.



**Dated: January 3, 2019**
       **Brooklyn, New York**

**Nancy Hershey Lord**
**United States Bankruptcy Judge**