```
                          United States Bankruptcy Court
                           Eastern District of New York
```

In re:                                                          Case No. 18-46844-nhl
Alveeru Inc                                                     Chapter 11
         Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0207-1           User: acruz                  Page 1 of 1                  Date Rcvd: Jan 03, 2019
                               Form ID: pdf000              Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 05, 2019.
db             +Alveeru Inc,    337 Avenue O,    Brooklyn, NY 11230-6322
ptcrd           Eli Kass,    3637 E Atlantic Blvd,    Pompano Beach, FL  33062
ptcrd           NY Corporate Solutions Inc,    c/o Eli Kass,    3637 E Atlantic Blvd,    Pompano Beach, Fl  33062

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2019                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 3, 2019 at the address(es) listed below:
              Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
                                                                                             TOTAL: 1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In the matter of:                                                             Case No: 18-46844-nhl
                                                                              Chapter: **11**

       Alveeru Inc

**Debtor**
-----------------------------------------------------------------x

### ORDER TO SHOW CAUSE

    Whereas, an involuntary petition under Chapter **11** having been filed on __November 29, 2018__, and a summons having been issued on __November 29, 2018__, and the petitioning creditors having failed to file a proof of service, it is

    **ORDERED**, that the petitioning creditors appear and show cause before the Honorable __Nancy Hershey Lord__, in Courtroom __3577__ United States Bankruptcy Court located at **271-C Cadman Plaza East, Brooklyn, New York 11201-1800** on __February 7, 2019__, at __3:30 pm__, why an order should not be entered dismissing the petition for lack of prosecution and it is further,

    **ORDERED**, that the Clerk of the Bankruptcy Court serve a copy of this order by mail upon the alleged debtor and petitioning creditors on or before __January 7, 2019__.



**Dated: January 3, 2019**　　　　　　　　　　　　　　　　　　　　**Nancy Hershey Lord**
      **Brooklyn, New York**　　　　　　　　　　　　　　　　　　　　**United States Bankruptcy Judge**